NUMBER 13-02-382-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

BLANCA
PUENTE, INDIVIDUALLY AND AS 

SURVIVING
WIFE OF ROGELIO PUENTE AND 

HIS ESTATE, AND JOEL PUENTE, INDIVIDUALLY,          Appellants,

 

                                                   v.

 

STAFF FORCE, INC.,                                                              Appellee.

____________________________________________________________________

 

                        On appeal from the 357th  District Court

                                 of Cameron County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                     Before Justices
Dorsey, Rodriguez, and Castillo

Opinion
Per Curiam

 








Appellants, BLANCA PUENTE, INDIVIDUALLY AND AS SURVIVING WIFE OF ROGELIO PUENTE AND
HIS ESTATE, AND JOEL PUENTE, INDIVIDUALLY, perfected an appeal from a
judgment entered by the 357th District Court of Cameron
County, Texas, in cause number 2000-07-2895-E.  After the record was filed, the parties filed
a joint motion to dismiss the appeal.  In
the motion, the parties state that they have reached an agreement to settle and
compromise their differences in this matter. 
The parties request that this Court dismiss the appeal.

The Court, having
considered the documents on file and the joint motion to dismiss the appeal, is
of the opinion that the motion should be granted.  The joint  motion to dismiss is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th
day of November, 2002.